622

petitioners. *Mr. James R. Garfield* for respondent.

No. 885.   SILSBY *v.* LOUISIANA.   See *ante,* p. 599.

No. 862.   BRAVERMAN *v.* TERRILL BOND & MORTGAGE Co. ET AL.   See *ante,* p. 600.

No. 860.   FINE *v.* UNITED STATES.   April 2, 1934.   Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit, and motion for leave to proceed further *in forma pauperis,* denied.   *Mr. Lawrence M. Fine, pro se.*   No appearance for the United States.

No. 872.   MARSHALL *v.* NEW YORK.   April 2, 1934.   Petition for writ of certiorari to the Supreme Court of New York, and motion for leave to proceed further *in forma pauperis,* denied.   *Mr. John Marshall, pro se.*   No appearance for respondent.

No. 679.   RUBIO *v.* SOTTO.   April 2, 1934.   Petition for writ of certiorari to the Supreme Court of the Philippine Islands, and motion for leave to proceed further *in forma pauperis,* denied.   *Elizabeth Rubio, pro se.*   No appearance for respondent.